IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DANIEL SERNA ESPINOSA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-455-KC |
| § | |
| TODD M. LYONS et al., § | |
| § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 26, 2026, the Court granted Daniel Serna Espinosa's Petition for Writ of Habeas Corpus and ordered Respondents to release him from custody. Feb. 26, 2026, Order 3, ECF No. 4.

Respondents have now informed the Court that "Petitioner was released from custody." Advisory, ECF No. 5. It therefore appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Feb. 26, 2026, Order.

Accordingly, **the Clerk shall close the case.** To the extent Serna Espinosa wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE